UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                    CASE NO.: 6:24-cr-287-CEM-RMN

RICHARD KOWALCZYK,

    Defendant.
_____/

## **NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT**

Fritz Scheller, Esq., files this Notice of Appearance as Counsel for the Defendant, RICHARD KOWALCZYK, in the above-captioned case.

Dated this 2nd day of January 2025.

                                        /s/ Fritz Scheller
                                        Fritz Scheller, Esquire
                                        Florida Bar No.: 0183113
                                        Fritz Scheller, P.L.
                                        200 E. Robinson Street, Suite 1150
                                        Orlando, Florida 32801
                                        PH: (407) 792-1285
                                        FAX: (407) 649-1657
                                        fscheller@flusalaw.com
                                        *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ Fritz Scheller
Fritz Scheller, Esquire
Florida Bar No.: 0183113
Fritz Scheller, P.L.
 200 E. Robinson Street, Suite 1150
Orlando, Florida 32801
PH: (407) 792-1285
FAX: (407) 649-1657
fscheller@flusalaw.com
*Attorney for Defendant*