UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                      CASE NO. 6:24-cr-287-CEM-RMN

RICHARD KOWALCZYK and
ERIC PATRICK

## MOTION FOR PRETRIAL DETENTION

The United States, under 18 U.S.C. § 3142(f)(1)(E), moves to detain the defendants pending trial and proffers information for the Court to consider under 18 U.S.C. § 3142(g) showing Richard Kowalczyk ("Kowalczyk") and Eric Patrick ("Patrick") pose a danger to the community if released. The United States also moved for detention under the rebuttable presumption that there is no combination of conditions to reasonably assure the appearance of the persons and safety of the community as the offenses charged involve minor victims, under 18 U.S.C. § 3142(e)(3)(E).

## BACKGROUND

On December 18, 2024, a federal grand jury returned a superseding indictment charging Kowalczyk with conspiracy to entice a minor, in violation of 18 U.S.C. § 371, attempted coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b), two counts of receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2), and possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B). The superseding indictment charged Patrick with conspiracy to entice

a minor, in violation of 18 U.S.C. § 371, attempted coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b), and distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2).

In January 2023, law enforcement discovered a Telegram[1] conversation between a suspect under investigation (SOI) and Kowalczyk that occurred between April 16, 2022, and August 15, 2022. From this conversation, law enforcement located the contact information assigned to the Telegram account associated with Kowalczyk. The contact information listed a telephone number and provided the username "RickSN." Subsequent investigation of the telephone number revealed that it was registered to Richard Kowalczyk.

The conversation between Kowalczyk and SOI included a graphic discussion of child sexual abuse material (CSAM) as well as discussions of hands-on sexual encounters with minors. It also included Kowalczyk receiving multiple images and videos depicting CSAM. For example, on or about April 16, 2022, Kowalczyk and SOI had the following conversation:

**April 16, 2022**

| | |
|---|---|
| SOI: | Hey |
| RICK SN: | Can't wait to fuck your boy and you breed mine |
| SOI: | Me either |
| RICK SN: | When's the last time you fucked a boy |

---

[1] Telegram Messenger, commonly known as Telegram, is a cloud-based, cross-platform, encrypted instant messaging (IM) service. It allows users to exchange messages, share media and files, and hold private and group voice or video calls as well as public livestreams. It is available for Android, iOS, Windows, macOS, Linux, and web browsers. Telegram also offers end-to-end encryption in voice and video calls, and in optional private chats, which Telegram calls Secret Chats.

| | |
|---|---|
| SOI: | Been a few years |
| SOI: | [Sent a video of child pornography. This video is one minute and ten seconds (1:10) in length. This video depicts two pubescent males between the ages of fourteen and seventeen. The first pubescent male is laying on his back naked. The second pubescent male appears to be bare chested. The second pubescent male is providing oral sex to the first pubescent male.] |
| RICK SN: | Been a few years for me too. Last was 15 |
| RICK SN: | What's your favorite boy vid |
| RICK SN: | Any fantasies |
| RICK SN: | With you guys free to meet up |
| SOI: | [Sent a video of child pornography. This video is one minute and six seconds (1:06) in length. This video depicts a prepubescent male between the ages of seven and eleven. The prepubescent male is laying on his side with no bottom clothing on. An adult male is penetrating the prepubescent male anally with his penis.] |
| RICK SN: | Fuck his limp little body |
| SOI: | [Sent a video of child pornography. This video is one minute and thirty-seven seconds (1:37) in length. This video depicts a prepubescent male between the ages of six and ten. The camera is focused on the anus of the prepubescent male. An adult male is performing oral sex on the prepubescent male's anus. The adult male penetrates the prepubescent male's anus with his penis.] |
| SOI: | Exactly |
| RICK SN: | Yummy little boy hole |
| SOI: | So fuckable |

3

| | |
|---|---|
| RICK SN: | What's the youngest you've had your cock in and got to fuck |
| SOI: | 15 |
| RICK SN: | I've had a ton of 15 |
| SOI: | [Sent a video of child pornography. This video is one minute and sixteen seconds (1:16) in length. This video depicts a prepubescent male between the ages of four and eight. The camera is focused on the genitals of the prepubescent male. An adult male is masturbating while penetrated in the prepubescent male's anus.] |
| RICK SN: | How old was your boy when he started fucking? |
| SOI: | I want a 12 or 13, my boy wants younger |
| SOI: | 17, I was his first |
| RICK SN: | My boy took a ton before me |
| RICK SN: | Any of boys sucking |
| SOI: | What age did he start |
| RICK SN: | 13 or 14 |
| SOI: | [Sent a video of child pornography. This video is one minute and fifty-three seconds (1:53) in length. This video depicts a prepubescent male between the ages of five and nine. The prepubescent male provides oral sex to an adult male.] |
| SOI: | Nice |
| RICK SN: | I didn't get him till 15/16 |

4

| | |
|---|---|
| SOI: | [Sent a video of child pornography. This video is two minutes and twenty-five seconds (2:25) in length. This video depicts a prepubescent male between the ages of ten and thirteen and a second pubescent male between the ages of fourteen and seventeen. The prepubescent male provides oral sex to the pubescent male then the pubescent male provides oral sex to the prepubescent male.] |
| RICK SN: | Been ducking him ever since |
| SOI: | At least you go him then |
| SOI: | Nice |
| RICK SN: | That last one is the best one |
| RICK SN: | Love it |
| RICK SN: | Pissed I didn't get him younger |
| RICK SN: | He was on vacation with his fam taking a ton of cock |
| SOI: | Fuck that's hot |

Additionally, law enforcement learned of Cash App[2] transactions conducted between the SOI and Kowalczyk, which law enforcement was able to use to confirm Kowalczyk's identity.

The investigation into Kowalczyk's child exploitation led law enforcement to seize, and ultimately search, Kowalczyk's cellular phone, an iPhone 13 Pro Max, taken from his person at Orlando airport on February 8, 2023. On that same date, a search warrant was executed at Kowalczyk's residence in the Middle District of

---

[2] Cash App is a digital wallet for American consumers, launched by Block, Inc., in 2013. It allows users to send, receive, or save money, access a debit card, invest in stocks or bitcoin, apply for personal loans, and file taxes. To utilize Cash App, an individual must have a verified account, providing a full name, date of birth, last four digits of a social security number, and in some cases, a government-issued photo ID, and address.

Florida, where Kowalczyk and Patrick reside together. Kowalczyk and Patrick are in a romantic relationship. Within the residence, law enforcement seized and searched Kowalczyk's iPhone XS and Patrick's MacBook computer. A search of these electronic devices revealed that both Kowalczyk and Patrick engaged in child exploitation. During an interview at the time of this search, Kowalczyk admitted to law enforcement that he received child pornography.

A forensic search of Kowalczyk's iPhone 13 Pro Max revealed approximately 83 images and 2 videos of child exploitation, which included images of minors under 12 years of age. A forensic search of Kowalczyk's iPhone XS revealed a conversation between Kowalczyk and Patrick, between November 2019 and March 2021, which included images and discussions of child exploitation. Their intent and desire to engage in sexual acts with minors is exhibited in these discussions. They also discuss the age of the minors they seek to engage in sexual acts with, consistently using the term "young," discussing the age of consent, and how to look for "young" sexual partners on the Grindr application. For example, on December 29, 2019, Patrick asked Kowalczyk, through SMS messaging, "do you ever find young boys on Grindr? Wondering if there's some by resorts." Kowalczyk responded, "always." In June 2020, Kowalczyk and Patrick agreed to travel to Key West. Accordingly, Kowalczyk booked the trip, packed their bags, and traveled to Key West from the Middle District of Florida. They discussed their plan to seek out minors and engage in sex acts on this trip.

For example, on July 2, 2020, they have the following conversation:

| | |
|---|---|
| PATRICK: | Has any boy other than me ever worshipping your smelly feet |
| KOWALCZYK: | I've had some suck them |
| PATRICK: | Fuck that's hot. Youngest? |
| KOWALCZYK: | Probably 18 |
| PATRICK: | Babe I had the hottest fucking dream and I really wanna do it sometime if you'd be into it. You invited me to Fuck a young boy with you. We tag teamed and wrecked this little hole. Both bred him deep. It was so hot |
| PATRICK: | Would u ever be into that with me |
| KOWALCZYK: | What do you think! Fuck yes |
| PATRICK: | Just wasn't sure if you'd want to do that with me haha |
| PATRICK: | Fuck that's hot. Load a boy up together |
| PATRICK: | I wanna go young too |
| KOWALCZYK: | So hot |
| KOWALCZYK: | Teen boy ass is the best |
| PATRICK: | Really. I want u to show me |
| PATRICK: | Think it would be so hot. Using one together |
| PATRICK: | But really want young |
| PATRICK: | What's your limit |
| KOWALCZYK: | Not sure |
| KOWALCZYK: | You |
| PATRICK: | If we were doing it together. I'd want pretty young |
| PATRICK: | Can't drive |
| PATRICK: | You |
| KOWALCZYK: | 18;) |
| KOWALCZYK: | Who you talking to up there |

7

KOWALCZYK:   Show me
KOWALCZYK:   What's lined up

On July 4, 2020, Kowalczyk detailed a sexual encounter he had with an alleged teenager to Patrick. On July 7, 2020, Kowalczyk stated that he found a teenager to have sex with that he brought to his hotel room. He claimed he found the juvenile on Grindr. Their conversations over the course of this half-year demonstrates their intent and desire to find juvenile boys to engage in sex with. As time progressed, their conversation escalated as they became comfortable expressing their desire for "young" boys.

The investigation revealed that, while in Key West, Kowalczyk found a minor (Minor Victim 1) on Grindr and shared their contact information with Patrick. This minor was between 15 and 16 years old at the time of these communications. Kowalczyk began instructing Patrick on how to entice Minor Victim 1 to engage in sexual activity, which involved sending and requesting sexual images, contacting Minor Victim 1 on various social media applications, and talking "dirty" to him. Indeed, Patrick followed these instructions and took screenshots of his conversations with Minor Victim 1 to share with Kowalczyk. During Minor Victim 1 and Patrick's conversation, Minor Victim 1 informed Patrick that they are a minor. Notably, Patrick shared that information with Kowalczyk. During the course of their actions with Minor Victim 1, both Kowalczyk and Patrick received CSAM from Minor Victim 1 and shared this CSAM with each other on July 6, 2020, July 7, 2020, and February 8, 2021.

## **MEMORANDUM OF LAW**

The Bail Reform Act of 1984 provides in 18 U.S.C. § 3142(a) that:

Upon the appearance before a judicial officer of a person charged with an offense, the judicial officer shall issue an order that, pending trial, the person be—

(1) released on personal recognizance or upon execution of an unsecured appearance bond, under [§ 3142(b)];

(2) released on a condition or combination of conditions under [§ 3142(c)];

(3) temporarily detained to permit revocation of conditional release, deportation, or exclusion under [§ 3142(d)]; or

(4) detained under [§ 3142(e)].

Under section 3142(e), the Court must order detention if, after holding a hearing, it determines that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Court applies a preponderance of the evidence standard in determining whether the defendant poses a flight risk and a clear and convincing standard in determining whether the defendant poses a danger to the community. *United States v. Medina*, 775 F.2d 1398, 1402 (11th Cir. 1985).

In determining whether detention is warranted, the Court must consider the following factors 18 U.S.C. § 3142(g):

(1) The nature and circumstances of the offense charged;

(2) The weight of the evidence against the person;

(3) The history and characteristics of the person, including—

9

>(A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and
>
>(B) whether, at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and

(4) The nature and seriousness of the danger to any person or the community that would be posed by the person's release.

Here, the section 3142(g) factors weigh in favor of detention for both Kowalczyk and Patrick. The nature and circumstances of the offenses charged are extremely serious. Kowalczyk and Patrick not only shared images and videos depicting child exploitation, but discussed, executed, and succeeded in exploiting at least one known minor victim, and discussed the hands-on exploitation of numerous other minors. Critically, Kowalczyk and Patrick succeeded in enticing Minor Victim 1 to produce child pornography in order to satisfy their own sexual deviant interest in children. Their conversations repeatedly revolved around the sexual exploitation of minors.

The weight of the evidence against both Kowalczyk and Patrick is extremely strong. Through social media conversations and investigative means, law enforcement discovered Kowalczyk and Patrick's conversations conspiring to encourage minors to engage in sexual behavior and produce CSAM, as well as distributing and receiving that CSAM to or from each other. Law enforcement discovered Kowalczyk and Patrick's respective communications with Minor Victim

10

1 in furtherance of that conspiracy, which ultimately enticed Minor Victim 1 to send CSAM depicting themselves to Patrick and Kowalczyk. Further, law enforcement was able to confirm Kowalczyk and Patrick's identities and ownership of social media accounts used to encourage minors to engage in criminal sexual behavior. They both very clearly engaged in predatory deviant sexual behavior towards minors. Their behavior went on for years, demonstrating their acts as intentional. Patrick works as a teacher,[3] a career that provides him access to minors. Accordingly, they pose an extreme danger to minors in society and their release from custody would be in direct conflict with maintaining community safety.

Additionally, the evidence learned in the investigation revealed that both Kowalczyk and Patrick appear to travel frequently outside the Middle District of Florida. Patrick has strong ties to Michigan and frequently spent various amounts of time there. The evidence in this case also establishes that some of Kowalczyk and Patrick's travels involved (or attempted to involve) meeting up with minors to engage in criminal sexual behavior with them. Meanwhile, Kowalczyk owns two nightclubs, providing him with means to be a flight risk. Additionally, both are facing substantial penalties if convicted of the indicted offenses, including the crime of attempted coercion of a minor, which is punishable by a mandatory minimum sentence of 10 years, and a maximum of life, which provides them ample reason to become flight risks.

---

[3] Per law enforcement, his occupation as a teacher continued into 2024.

11

The facts above are proffered to the Court and can be supplemented by additional information and argument at the detention hearing in this case.

                    Respectfully submitted,

                    ROGER B. HANDBERG
                    United States Attorney

By:    */s/Ilyssa M. Spergel*
        Ilyssa M. Spergel
        Assistant United States Attorney
        Florida Bar No. 0102856
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone:  (813) 274-6300
        Facsimile:  (813) 274-6178
        E-mail:     ilyssa.spergel@usdoj.gov

        */s/Michael Sartoian*
        Michael Sartoian
        Assistant United States Attorney
        Florida Bar No. 0124505
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone:  (407) 648-7500
        Facsimile:  (407) 648-7643
        E-mail:     Michael.Sartoian@usdoj.gov

U.S. v. Kowalczyk, et. al.                           Case No. 6:24-cr-287-CEM-RMN

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

By: /s/Ilyssa M. Spergel
Ilyssa M. Spergel
Assistant United States Attorney
Florida Bar No. 0102856
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6300
Facsimile: (813) 274-6178
E-mail: ilyssa.spergel@usdoj.gov

/s/Michael Sartoian
Michael Sartoian
Assistant United States Attorney
Florida Bar No. 0124505
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Michael.Sartoian@usdoj.gov