# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                           CASE NO: 6:24-cr-287-CEM-RMN

RICHARD KOWALCZYK,
ERIC PATRICK

AUSA: Michael Sartoian

Defense Attorney: Fritz Scheller, Andrew Searle/ John Notari

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **January 2, 2025**<br>2:06-2:24<br>2:34-3:59 |
| --- | --- | --- | --- |
| Courtroom: | 5D | TOTAL TIME: | 4:33-5:06<br>2 hours/16 minutes |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL: | Brandon Ramirez |

### CLERK'S MINUTES
### INITIAL APPEARANCE/ARRAIGNMENT/DETENTION HEARING

Case called; appearances taken; procedural setting by the Court.
The Court advised the Defendants of the right to remain silent.
The Court inquired of the Defendants regarding competency.
The Parties advised of the requirements pursuant to the Due Process Protections Act.
The Court advised the Defendants of additional rights.
The Defendant retained counsel. Notice of Appearance entered.
The Government summarized the charges and penalties in the superseding indictment.
The Defendants waived formal reading and entered a plea of not guilty.
The Court received the pleas and entered a scheduling order.
The Government moved for detention.
The Defendants requested a detention hearing.
Counsel for the Government proffered.
Counsel for each Defendant proffered.
Counsel presented argument.
The Court denied the motion for detention. Order of Setting Conditions of Release entered.