UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:24-cr-00287-CEM-RMN |
| ) | |
| RICHARD KOWALCZYK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE AS CO-COUNSEL**
**FOR DEFENDANT RICHARD KOWALCZYK**

Andrew C. Searle, Esq., files this Notice of Appearance As Co-Counsel for the Defendant, RICHARD KOWALCZYK, in the above-captioned case.

Dated this 3rd day of January 2025.

*/s/ Andrew C. Searle*
**ANDREW C. SEARLE, ESQ.**
Florida Bar No. 0116461
**SEARLE LAW P.A.**
200 East Robinson Street, Suite 1150
Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com
Co-Counsel for Defendant Kowalczyk

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

*/s/ Andrew C. Searle*
**ANDREW C. SEARLE, ESQ.**
Florida Bar No.  0116461
**SEARLE LAW P.A.**
200 East Robinson Street, Suite 1150
Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com
Co-Counsel for Defendant Kowalczyk
