**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

FID 11744261

RECEIVED USMS ORLANDO
2024 DEC 19 AM 11:00

JAN 3 2025 AM 11:01
RCVD - USDC - FLMD - ORL

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Richard Kowalczyk

Defendant

Case No. 6:24-cr-287-CEM-RMN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Richard Kowalczyk,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, in violation of 18 U.S.C. § 371;
Coercion and Enticement of a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. § 2422(b).
Receipt and Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).
Possession Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

Date: 12/18/24

*Issuing officer's signature*

City and state: Orlando, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12-19-24, and the person was arrested on *(date)* 1-2-25
at *(city and state)* Orlando, FL.

Date: 1-2-25

*Arresting officer's signature*

STEVE HAWTHORN  DUSM.
*Printed name and title*