UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:24-cr-287-CEM-RMN

**RICHARD KOWALCZYK**

AUSA: Michael Sartoian

Defense Attorneys: Andrew Searle and Fritz Scheller, Retained (for Kowalczyk)

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **February 20, 2025** 9:47 A.M. – 9:51 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 4 Minutes | | |

**CLERK'S MINUTES**
**STATUS CONFERENCE**

Case called. Appearances made by counsel.

Defendant Kowalczyk's Ore Tenus Motion to Continue Trial is **GRANTED,** with no objection from the Government.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today 2/20/2025 until and including 8/31/2025, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Status Conference set for July 15, 2025 at 9:30 AM.

Jury Trial set for August 2025 trial term.

Court is adjourned.