UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                     Case No: 6:24-cr-287-CEM-RMN

**RICHARD KOWALCZYK and
ERIC PATRICK**

AUSA: Michael Sartoian

Defense Attorneys: Andrew Searle and Fritz Scheller, Retained (for Kowalczyk)
John Notari, Retained (for Patrick)

| JUDGE: | **CARLOS E. MENDOZA**<br>United States District Judge | DATE AND TIME: | **July 15, 2025**<br>9:49 A.M. – 9:54 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble<br>trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 5 Minutes | | |

**CLERK'S MINUTES
STATUS CONFERENCE**

Case called. Appearances made by counsel.

Defendants' Joint Ore Tenus Motion to Withdraw Motion to Sever (Doc. 54) is **GRANTED**.

Defendants' Joint Ore Tenus Motion to Continue Trial for 60 Days is **GRANTED,** with no objection from the Government.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today 7/15/2025 until and including 10/31/2025, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Status Conference set for September 18, 2025 at 9:30 AM.

Jury Trial set for October 2025 trial term.

Court is adjourned.