UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                CASE NO. 6:24-cr-287-CEM-RMN

RICHARD KOWALCZYK
ERIC PATRICK

## RESPONSE TO MOTION TO MODIFY CONDITIONS OF RELEASE

The United States, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, for the reasons set forth below, has no objection to the defense request to modify the terms of pretrial release.

On December 18, 2024, a grand jury returned a federal superseding indictment, charging Richard Kowalczyk (Kowalczyk) with Conspiracy to entice a minor, in violation of 18 U.S.C. § 371, attempted enticement of a minor, in violation of 18 U.S.C. § 2422(b), two counts of receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2), and possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B). On January 2, 2025, the Government filed a Motion for Pretrial Detention, Doc. 19, seeking Kowalczyk's detention under 18 U.S.C. §§ 3142(e)(3)(E), (f)(1)(E), and (g). Also on January 2, 2025, a detention hearing was held for Kowalczyk. The Court denied the government's motion for detention and ordered conditions of release, Doc. 23. On February 18, 2025, defense for Kowalczyk filed a motion to modify his release conditions, to change his residence to his previous home, where co-defendant Eric Patrick (Patrick) resides. Doc. 41. The

1

government opposed this request, Doc. 52, and the Court denied the motion. Doc. 53.

On November 24, 2025, defense for Kowalczyk and Patrick filed a joint motion to modify the conditions of their release. Doc. 67. The request is to switch their third-party custodians. Currently, Donovan Richardson is a third-party custodian for Kowalczyk and Iliana Mascata is currently the third-party custodian for Patrick. The request is for Mr. Richardson to now act as third-party custodian for Patrick and Ms. Mascata to act as third-party custodian for Kowalczyk. All other conditions of release would remain the same.

The government communicated with the pretrial officers supervising both Patrick and Kowalczyk and neither have an objection to this change. Ms. Mascata was allowed to have password protected internet for her studies at Patrick's residence. As Ms. Mascata would no longer reside with Patrick, any and all hotspot or internet used by Ms. Mascata should be removed from Patrick's residence.

As all other conditions are remaining, and pretrial services has no objection, the government has no objection to the requested change of third-party custodians.

<div style="text-align:right">

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

</div>

By:   /s/Ilyssa M. Spergel
      Ilyssa M. Spergel
      Assistant United States Attorney
      Florida Bar No. 0102856
      400 N. Tampa Street, Suite 3200

Tampa, Florida 33602
Telephone: (813) 274-6300
Facsimile: (813) 274-6178
E-mail: ilyssa.spergel@usdoj.gov

**U.S. v. Kowalczyk, et. al.**               Case No. 6:24-cr-287-CEM-RMN

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

<p style="margin-left:40%">By:  <i>/s/Ilyssa M. Spergel</i><br>
Ilyssa M. Spergel<br>
Assistant United States Attorney<br>
Florida Bar No. 0102856<br>
400 N. Tampa Street, Suite 3200<br>
Tampa, Florida 33602<br>
Telephone:  (813) 274-6300<br>
Facsimile:   (813) 274-6178<br>
E-mail: ilyssa.spergel@usdoj.gov</p>

4