UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

     v.                                 CASE NO.: 6:24-cr-287-CEM-RMN

RICHARD KOWALCZYK,

    Defendant.
_____/

**DEFENDANT RICHARD KOWALCZYK'S NOTICE
TO COURT REGARDING POSITION OF PRETRIAL SERVICES AS TO
DEFENDANT'S UNOPPOSED MOTION TO MODIFY
CONDITIONS OF RELEASE TO PERMIT A CHANGE OF ADDRESS**

The Defendant, Richard Kowalczyk ("Mr. Kowalczyk"), by and through his undersigned counsel, hereby provides this Notice to the Court regarding his previously filed Defendant's Motion to Modify Conditions of Release. *See* Doc. 83. Specifically, the Court has directed Mr. Kowalczyk to file a Notice providing the position of Pretrial Services as to Defendant's Motion to Modify Conditions of Release. *See* Doc. 84. Accordingly, Mr. Kowalczyk states as follows:

On January 28, 2026, the undersigned spoke with Mr. Kowalczyk's assigned Pretrial Services officer, Jessica Favela, who confirmed to the undersigned that Pretrial Services has no objection to Mr. Kowalczyk's requested change of address.

Respectfully submitted this 28th day of January, 2026.

*/s/ Andrew C. Searle*
Andrew C. Searle
Florida Bar No. 0116461
Searle Law P.A.
200 East Robinson Street, Suite 1150
Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com
Attorney for Richard Kowalczyk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on January 28, 2026, I filed a copy of the foregoing with the Clerk of the Court via the CM/ECF system. I further certify that all parties to this case are equipped to receive service of documents via that system.

*/s/ Andrew C. Searle*
Andrew C. Searle
Florida Bar No. 0116461
Searle Law P.A.
200 East Robinson Street, Suite 1150
Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com
Attorney for Richard Kowalczyk
