UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:24-cr-287-CEM-RMN

**RICHARD KOWALCZYK**

AUSA: Ilyssa Spergel

Defense Attorneys: Andrew Searle and Fritz Scheller, Retained

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **March 10, 2026** 9:59 A.M. – 10:05 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 6 Minutes | | |

**CLERK'S MINUTES**
**TELEPHONE MOTION HEARING RE: DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL AND STATUS CONFERENCE (DOC. 96)**

Case called. Appearances made by counsel.

Defendant's Motion to Continue Trial (Doc. 96) is **GRANTED**, with no objection from the Government**.**

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the motion hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today 3/10/2026 until and including 5/4/2026, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Status Conference set for April 16, 2026 at 9:30 A.M.

Jury Trial, date certain, set for May 4, 2026.   The Court reserves 5 days for trial.

Court is adjourned.