UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No: 6:24-cr-287-CEM-RMN**

**RICHARD KOWALCZYK**

_____

AUSA: Kaley Austin-Aronson for Ilyssa Spergel

Defense Attorneys: Andrew Searle, Retained

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **April 15, 2026** 3:30 P.M. – 3:59 P.M. 4:17 P.M. – 4:21 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 33 Minutes | | |

## CLERK'S MINUTES
## CHANGE OF PLEA

Case called.  Appearances made by counsel.  Defendant placed under oath.

Court inquired with defendant and advised of rights.

Defendant proffered a plea of guilty to Count Two of the Superseding Indictment.  The Court accepts the plea and defendant is adjudicated guilty.  Defendant is remanded to the custody of the U.S. Marshal pending sentencing.

Sentencing set for July 14, 2026 at 9:30 A.M.

Court is adjourned.