UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No: 6:24-cr-287-CEM-RMN**

**RICHARD KOWALCZYK**

AUSA: Ilyssa Spergel

Defense Attorneys: Fritz Scheller and Andrew Searle, Retained

| JUDGE: | **CARLOS E. MENDOZA**  United States District Judge | DATE AND TIME: | **July 31, 2026**  10:32 A.M. – 11:22 A.M.  11:29 A.M. – 11:47 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble  trimblecourtreporter@outlook.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Omayra Hernandez |
| TOTAL TIME | 1 Hour, 8 Minutes | | |

**CLERK'S MINUTES**
**SENTENCING**

Case called.   Appearances made by counsel.   Defendant placed under oath.

Defendant is adjudged guilty as to Count Two of the Superseding Indictment.

Witnesses (unsworn):
Holly Kowalczyk (sister)
Donovan Richardson (nephew)
Kathleen Kowalczyk (mother)

**IMPRISONMENT**: 168 MONTHS.

The Court makes the following recommendations to the Bureau of Prisons:
1.  Defendant be placed at FCI Milan, MI or FCI Elkton, OH, or as close as possible for familial proximity.
2.  Defendant participate in RDAP (Residential Drug Abuse Program), if available and eligible.

Page **1** of **2**

**SUPERVISED RELEASE**:   10 YEARS.

The mandatory drug testing requirements are suspended.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**:
- Mental Health Treatment
- Mental Health Treatment Specialized for Sex Offender
- Register with Sex Offender Registries
- No Direct Contact with Minors
- Media and Computer Restrictions
- No Contact with Victim
- Submit to Search
- Financial Restrictions
- Collection of DNA

**RESTITUTION:**   None.

**FINE**:   Waived.

**SPECIAL ASSESSMENT**:   $100.00, due immediately.

**JVTA ASSESSMENT:**   Not imposed.

**AVAA ASSESSMENT:**   Not imposed.

Plea agreement is accepted.

**DISMISSAL:** In accordance with the plea agreement, it is ordered that Counts One, Four, Five, and Six of the Superseding Indictment, and the underlying Indictment, be dismissed.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

Defendant advised of right to appeal.

Court is adjourned.